NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUAN ROBERTO BARRON-SALAZAR,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

)
)
)
)
)
)
)
)
)
)
)

Case No. 2D16-4789

Opinion filed June 15, 2018.

Appeal from the Circuit Court for
Manatee County; Deno G. Economou and
Hunter W. Carroll, Judges.

Howard L. Dimmig, II, Public Defender,
and J.L. Perez, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Susan M. Shanahan,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, KHOUZAM, and CRENSHAW, JJ., Concur.